**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Jackie Harris, Appellant,

v.

Lancaster County Election Commission, Lancaster Municipal Election Commission and Linda Blackmon-Brace, Respondents.

Appellate Case No. 2017-000423

———————

Appeal From Lancaster County
The Honorable Brian M. Gibbons, Circuit Court Judge

———————

Memorandum Opinion No. 2017-MO-015
Submitted August 24, 2017 – Filed September 7, 2017

———————

**AFFIRMED**

———————

Elizabeth Ann Hyatt, of Hyatt Law, LLC, of Lancaster, for Appellant.

Mitchell A. Norrell, of Norrell & Powers Norrell, LLC, of Lancaster, Vordman Carlisle Traywick, III, and Robert E. Tyson, Jr., of Sowell Gray Robinson Stepp & Laffitte, LLC, of Columbia, and John L. Weaver, of Lancaster, for Respondents.

———————

**PER CURIAM:**  Affirmed pursuant to Rule 220(b)(1), SCACR, and the following authorities:  Issues I and II: *State v. Bailey*, 368 S.C. 39, 626 S.E.2d 898 (Ct. App. 2006)(where issue not ruled on by intermediate appellate court and no petition for rehearing is filed seeking a ruling, the issue is not appropriate for this Court's review); Issue III: *Cole v. Town of Atlantic Beach Election Comm'n*, 393 S.C. 264, 712 S.E.2d 440 (2011); *In re November 4, 2008 Bluffton Town Council Election*, 385 S.C. 632, 686 S.E.2d 683 (2009); *Taylor v. Roche*, 271 S.C. 505, 248 S.E.2d 580 (1978); S.C. Code Ann. § 5-15-130, -145 (2004).

**AFFIRMED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**